ACCEPTED
03-15-00046-CV
4827101
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 1:44:20 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00046-CV

### IN THE THIRD COURT OF APPEALS
### FOR THE STATE OF TEXAS
### AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 1:44:20 PM
JEFFREY D. KYLE
Clerk

**KIRK AND VICKI KOETHER,
APPELLANT
V.**

**AMBER NOVOSAD-WHITE, INDIVIDUALLY AND D/B/A NOVA TECH FOUNDATION REPAIR, AND JOHN NOVOSAD INDIVIDUALLY AND D/B/A NOVA TECH FOUNDATION REPAIR, APPELLEES**

### On Appeal from Cause No. 15,280
### 21st Judicial District Court, Lee County, Texas
### The Honorable Judge Reva L. Towslee Corbett presiding

### KIRK AND VICKI KOETHER'S MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

### APPELLANTS' MOTION

Appellants ask the court to extend the time for Appellants to file Appellants' Brief.

### A. Introduction and Facts

1.  Appellants are Kirk and Vicki Koether; Defendants/Appellees are Amber Novosad-White, Individually and D/B/A Nova Tech Foundation

Repair, and John Novosad Individually and D/B/A Nova Tech Foundation Repair.

2.     Appellants filed suit on October 13, 2013 in connection with their purchase of real property located at 1105 County Road A in Lexington, Texas 78947 and legally described as BLUE PROPERTIES SECTION A, LOT 40, ACRES 10.0 (hereinafter "the Property"). The Property has numerous significant defects.

3.     Appellants filed suit against Appellees Amber Novosad-White and John Novosad individually and d/b/a Nova Tech Foundation Repair for negligence, triggering RCLA procedures, and expressly plead the discovery rule in connection to their claims.

4.     Prior to the time the Motion for Summary Judgment was filed by Appellees Amber Novosad-White and John Novosad individually and d/b/a Nova Tech Foundation Repair, Appellants filed their First Amended Petition to clarify their claims as to the interplay among the negligence claim and the RCLA statute.

5.     Although oral objections were made by counsel for Appellees at the time of the oral hearing (an oral hearing did not actually occur, however, objections were allowed to be heard by counsel for Appellees on the scheduled hearing date), no ruling was made in connection with the

objections and counsel for Appellants was not allowed time to cure any alleged defects that formed the basis of the Appellees' objections. On December 18, 2014, the court signed a judgment granting Appellees' Motion for Summary Judgment. On the 17th day of January, 2015, Appellants filed a Notice of Appeal from the order granting Appellees' Motion for Summary Judgment.

6.     Appellees filed a Motion to Sever Appellants' claims against them on January 19, 2015, during the court's plenary power over the judgment. *See* Tex. R. Civ. P. 306a(5). Appellants attach an affidavit to this motion and incorporate it herein as **Exhibit A** to establish facts not apparent from the record. The Order on Appellees' Motion to Sever, which was signed on March 10, 2015, is attached hereto and incorporate herein as **Exhibit B**. A request to include this order and a copy of the Court's docket sheet as a supplement to the appellate record has been made but has not yet been received by this Court.

## C.  Argument & Authorities

7.     Appellants appeal the order of the 21st Judicial District Court of Lee County, Texas granting the Traditional Motion for Summary Judgment of Amber Novasad-White, individually and d/b/a/ Nova Tech Foundation Repair

and John Novosad individually and d/b/a Nova Tech Foundation Repair that was signed December 18, 2014.

8. Dominic Audino, as counsel for Appellants, filed a Notice of Appeal as to this Order on the 17th day of January, 2015 and served said Notice of Appeal on all relevant parties pursuant to Tex. R. Civ. P. 21, Tex. R. Civ. P. 21a and Tex. R. App. P. 25.1(e) on that same date.

9. On or about the 19th day of January, 2015, Amber Novasad-White, individually and d/b/a/ Nova Tech Foundation Repair and John Novosad individually and d/b/a Nova Tech Foundation Repair filed a Motion to Sever and on March 10, 2015 the 21st Judicial District Court of Lee County, Texas signed the order granting the Motion to Sever, thereby severing Appellants' claims against the Appellees from those of remaining defendants. A final judgment on the merits in this action (the December 18, 2014 order for Summary Judgment in favor of Appellees) has been effected as a result, thereby making it final and subject to appeal. *See, e.g. Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex.2001). A request to supplement the appellate record has been made but has not yet been completed. The undersigned counsel is preparing to file Appellants' Brief at the earliest, within thirty days after the record was supplemented with the order of severance making the appeal final and subject to appeal and believed this

complied with Tex. R. App. P. 38.6(a). The attached affidavit of the undersigned attorney is included in support this request.

### D. Conclusion and Prayer

10.　Appellants ask the Court to extend the time to file Appellants' Brief as Appellants believed that the thirty-day deadline to file Appellants' Brief identified in Tex. R. App. P. 38.6(a) begins to run from the time the record was supplemented with the March 10, 2015 Severance Order, at which time the MSJ Order (forming the basis of this appeal) becomes final and subject to appeal.

11.　For these reasons, Appellants ask the court to allow Appellants an additional thirty days to prepare Appellants' brief as the case has only recently become final and subject to appeal after the lower court signed the attached motion for severance of Appellants' claims against Appellees and the appellate record has not yet been supplemented with this order of severance (attached hereto as Exhibit B), though a request for supplementation has been served on the trial court. Appellants do not believe that Appellees are significantly injured by the failure to file the Appellants' Brief at this time as the order on Appellee's Motion For Summary Judgment has NOT been Final and Subject to Appeal for Thirty days as of the date of this Motion.

/S/ Dominic Audino
Dominic Audino  - SBN 24025861
**The Law Office of Dominic Audino**
One Arboretum Plaza
9442 N. Capital of Texas Highway, Ste. 500
Austin, Texas 78759
(512) 343-3638 Voice
(512) 252-2850  Facsimile
d.audino@attorneyaudino.com
**ATTORNEY FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I certify that on April 6, 2015, I, as counsel for Appellants attempted to confer with counsel for Appellees Amber Novosad-White, Individually and D/B/A Nova Tech Foundation Repair, and John Novosad Individually and D/B/A Nova Tech Foundation Repair in order to establish whether these Defendants are opposed to an extension of time for Appellants to file Appellants' Brief. Counsel for Appellees is not opposed to the extension.

/S/ Dominic Audino
Dominic Audino

# CERTIFICATE OF SERVICE

I certify that on April 6, 2015 a true and correct copy of Appellant's Motion to Extend the deadline to file Appellants' Brief was served to each person listed below by the method indicated.

/S/ Dominic Audino
Dominic Audino

**Via U.S. Mail with Delivery Confirm No. 9114 9999 4431 3101 8902 24**
Third Court of Appeals
Attn: Clerk
P.O. Box 12547
Austin, Texas 78711-2547

**Via File&ServeXpress & U.S. Mail Delivery Confirm No. 9114 9999 4431 3101 8902 87**
J. Chad Gauntt
Gauntt, Earl & Binney, L.L.P.
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380

**Via U.S. Mail With Delivery Confirm No. 9114 9999 4431 3101 8902 17**
Lee County District Clerk
Attn: Clerk
P.O. Box 176
Giddings, TX 78942-0176

# EXHIBIT A

# IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS
### AT AUSTIN, TEXAS

KIRK AND VICKI KOETHER,
APPELLANT
V.

AMBER NOVOSAD-WHITE, INDIVIDUALLY AND D/B/A NOVA TECH
FOUNDATION REPAIR, AND JOHN NOVOSAD INDIVIDUALLY AND D/B/A NOVA
TECH FOUNDATION REPAIR,
APPELLEES

**On Appeal from Cause No. 15,280**
**21st Judicial District Court, Lee County, Texas**
**The Honorable Judge Reva L. Towslee Corbett presiding**

## AFFIDAVIT OF DOMINIC AUDINO

Before me, the undersigned notary, on this day personally appeared Dominic Audino, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Dominic Audino. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am the attorney for the Plaintiffs/Appellants in this case. On or about December 18, 2014, the Honorable Judge Reva L. Towslee Corbett signed an order on Appellees' Traditional Summary Judgment on Appellants' claims (as well as a finding that Appellants' claims are frivolous despite a lack of such a request by Appellees or evidence in support of said finding in the record). On the 17th day of January, 2015, I, as counsel for Appellants, filed a Notice of Appeal as to this order and subsequently requested the record from the Trial court for appellate purposes.

3.    On the 19th day of January, 2015, Appellees filed a Motion to Sever to which I was NOT opposed. On or about March 10, 2015 the Honorable Judge Reva L. Towslee Corbett signed the order granting the Motion to Sever Appellants' claims against Amber Novasad-White, individually and d/b/a Nova Tech Foundation Repair and John Novosad individually and d/b/a Nova Tech Foundation Repair from those of the remaining defendants. This order made the December 18, 2014 order for Summary Judgment final and subject to appeal.

4.    I as counsel for the Plaintiffs/Appellants recently ordered from the trial court the order on Appellees' Motion to Sever and the Trial Court's docket sheet for that day (March 10, 2015), however, the appellate record has not yet been supplemented with these items.    I as counsel for the Plaintiffs/Appellants have operated under the belief that the deadline to file Appellants' Brief was triggered by the signing of the Order on Appellees' Motion to Sever (March 10, 2015), and the supplementation of the record with said order, which would make the December 18, 2014 order final and appealable. My failure to file Appellants' Brief is the result of this belief and was NOT intentional or done for the purpose of delay."

Further Affiant Sayeth Not:

_____
Dominic Audino

SUBSCRIBED AND SWORN TO BEFORE ME, on April 6th, 2015.

VICTORIA JENKINS
Notary Public, State of Texas
My Commission Expires
December 04, 2017

_____
NOTARY PUBLIC, State of Texas

# EXHIBIT B

CAUSE NO. 15,280

KIRK AND VICKI KOETHER

§

VS.

§
§

DOMINGO AND LUDIVINA REYES,
NATALIE BRODERSEN, MARY
MERRELL, AMBER NOVOSAD-
WHITE, INDIVIDUALLY AND D/B/A
NOVA TECH FOUNDATION REPAIR,
AND JOHN NOVOSAD,
INDIVIDUALLY AND D/B/A NOVA
TECH FOUNDATION REPAIR

§
§
§
§
§
§
§
§
§

IN THE DISTRICT COURT

LEE COUNTY, TEXAS

MAR 1 0 2015  9:39 AM

DISTRICT CLERK
LEE COUNTY, TEXAS

DEPUTY

21ST JUDICIAL DISTRICT

## ORDER GRANTING DEFENDANTS AMBER NOVOSAD-WHITE, INDVIDUALLY AND INCORRECTLY SUED AS D/B/A NOVA TECH FOUNDATION REPAIR AND JOHN NOVOSAD, INDIVIDUALLY AND D/B/A NOVA TECH FOUNDATION REPAIR'S MOTION TO SEVER

Having considered Defendants Amber Novosad-White, incorrectly sued as doing business as Nova Tech Foundation Repair, and John Novosad, individually and d/b/a Nova Tech Foundation Repair's Motion to Sever, the arguments of counsel, and all of the evidence submitted before the Court, the Court is of the opinion that Defendants Amber Novosad-White, incorrectly sued as doing business as Nova Tech Foundation Repair, and John Novosad, individually and d/b/a Nova Tech Foundation Repair's Motion to Sever should in all things be GRANTED. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendants Amber Novosad-White, incorrectly sued as doing business as Nova Tech Foundation Repair, and John Novosad, individually and d/b/a Nova Tech Foundation Repair's Motion to Sever is GRANTED. It is, further,

ORDERED, ADJUDGED AND DECREED that all claims and causes of action of Plaintiffs Kirk and Vicki Koether asserted in Cause No. 15,280 against Defendants Amber

Novosad-White, incorrectly sued as doing business as Nova Tech Foundation Repair, and John Novosad, individually and d/b/a Nova Tech Foundation Repair currently pending in the 21st Judicial District Court of Lee County, Texas are hereby severed from that cause into Cause Number _15,636_ , in the 21st Judicial District Court of Lee County, Texas. The documents to be copied and placed in Cause Number _15,636_ , are as follows:

(1) Plaintiffs' Original Petition, Request for Equitable Relief and Request for Disclosure;

(2) Defendants Amber Novosad-White, Individually and dba Nova Tech Foundation Repair, and John Novosad, Individually and dba Nova Tech Foundation Repair's Original Answer Plaintiffs' Original Petition and Request for Disclosure;

(3) Defendants Amber Novosad-White, Individually and dba Nova Tech Foundation Repair, and John Novosad, Individually and dba Nova Tech Foundation Repair's Traditional Motion for Summary Judgment;

(4) Order Granting Defendants Amber Novosad-White, Individually and dba Nova Tech Foundation Repair, and John Novosad, Individually and dba Nova Tech Foundation Repair's Traditional Motion for Summary Judgment;

(5) Defendants Amber Novosad-White, Individually and dba Nova Tech Foundation Repair, and John Novosad, Individually and dba Nova Tech Foundation Repair's Motion to Sever; and

(6) This Order.

Signed on this the _15TH_ of _March_ , 2015.

_____
PRESIDING JUDGE

APPROVED AS TO FORM AND ENTRY REQUESTED BY:

GAUNTT, EARL & BINNEY, L.L.P.

By_____
        J. Chad Gauntt
        State Bar No. 07765990
1400 Woodloch Forest Drive, Suite 575
The Woodlands, Texas 77380
Telephone:   281-367-6555
Facsimile:   281-367-3705
Email: chad.gauntt@geblawyers.com
Counsel for Defendants, Amber Novosad-White,
Individually and d/b/a Nova Tech Foundation
Repair and John Novosad, Individually and d/b/a
Nova Tech Foundation Repair

## IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS
## AT AUSTIN, TEXAS

KIRK AND VICKI KOETHER,
APPELLANT
V.

AMBER NOVOSAD-WHITE, INDIVIDUALLY AND D/B/A NOVA TECH
FOUNDATION REPAIR, AND JOHN NOVOSAD INDIVIDUALLY AND D/B/A
NOVA TECH FOUNDATION REPAIR,
APPELLEES

**On Appeal from Cause No. 15,280
21st Judicial District Court, Lee County, Texas
The Honorable Judge Reva L. Towslee Corbett presiding**

## ORDER ON APPELLANTS KIRK AND VICKI KOETHER'S MOTION TO
## EXTEND TIME TO FILE APPELLANTS' BRIEF

After considering Appellants' motion to extend the time for Appellants to

file Appellants' Brief, the court GRANTS the motion.

Appellants' Brief shall be filed no later than_____.


SIGNED on _____, 2015.


_____
PRESIDING JUDGE